UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER E. HARRIS,

    Plaintiff,                                           Case No. 1:09-cv-673

v                                                         HON. JANET T. NEFF

SHELLEY A. STASSON and
PATRICK GORESH,

    Defendants.
_____/

## ORDER OF DISMISSAL

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 13), as supplemented (Dkts 14-15), are DENIED, and the Report and Recommendation (Dkt 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Order for Health and Dental Insurance (Dkt 16) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Order would not be taken in good faith.

Dated: April 30, 2010                                          /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge